**STATE of Missouri, Respondent,**

v.

**Walter TOMICH, Appellant.**

**No. ED 77939.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 9, 2001.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

**ORDER**

PER CURIAM.

Defendant, Walter Tomich, appeals from his conviction, after a jury trial, for forcible rape. He was sentenced, as a prior and persistent offender, to imprisonment for twenty-five years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).